AO 93 (Rev. 5/85) Warrant for Arrest

*1936973*

*1064-0722-4126-J*

# United States District Court

| WESTERN | DISTRICT OF | OKLAHOMA |
|---|---|---|

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | CASE NUMBER: CR-10-245-R |
| CHASE McDONALD | |

TO: The United States Marshal
and any Authorized United States Officer

RECEIVED
JUL 22 2010
U.S. MARSHALS W/OK

YOU ARE HEREBY COMMANDED to arrest    CHASE McDONALD

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Sealed indictment  ☐ information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with  (brief description of offense) Possess with intent to distribute 50 grams or more of a mixture or substance containing methamphetamine; Aid and abet; Criminal Forfeiture.

in violation of Title   21:        United States Code, Section(s)   841(a)(1),853
                       18:                                          2

| Robert D. Dennis | Clerk of Court |
|---|---|
| Name of Issuing Officer | Title of issuing Officer |
| *Hellen McKenzie* | Oklahoma City, Oklahoma    July 21, 2010 |
| Signature of Issuing Officer ( Hellen McKenzie, Deputy Clerk) | Date and Location |

Bail Fixed at    $ NOT IN CUSTODY;       by
                 DETENTION
                 RECOMMENDED

Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at  *Tulsa, OK*

| DATE RECEIVED  8-4-10 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST  8-4-10 | FBI Tulsa | *[signature]* for FBI, Tulsa |