## IN UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CR 10-00245-001-L** |
| | ) | |
| **CHASE McDONALD,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF DISCLOSURE OF PRESENTENCE REPORT

March 16, 2011, is deemed to be the date of disclosure of the presentence report pertaining to the above-styled case, as required by Rule 32.

March 30, 2011, is the final date for submission of written objections.

_____
Rod D. Rabon
U.S. Probation Officer